FILED BC
2011 MAR -4 AM 10:31
CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

Certificate Number: 02342-CAS-CC-013955440



02342-CAS-CC-013955440

11 - 02723 BC

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 22, 2011</u>, at <u>10:26</u> o'clock <u>AM PST</u>, <u>Dana Kennedy</u> received from <u>Consumer Credit Counseling Service of San Francisco</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>February 22, 2011</u>          By:     <u>/s/Patrick Diaz</u>

                                        Name:   <u>Patrick Diaz</u>

                                        Title:  <u>Operations Representative</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

02723 cer
1 BC