Thomas H. Billingslea, Jr. Chapter 13 Trustee
Jenny Judith Ha [SBN 231476] Staff Attorney
530 'B' Street, Suite 1500
San Diego, California 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West 'F' Street, San Diego, California 92101-6991

In re
   DANA LYNN KENNEDY

Debtor(s).

Bankruptcy No.  11-02723-LT13
Hearing Date:  N/A
Hearing Time:  N/A
Department:  N/A

## TRUSTEE'S STATEMENT OF POSITION

Thomas H. Billingslea, Jr., Chapter 13 Trustee has no opposition to Debtor's Ex Parte Motion for Extension of Time to File Balance of Schedules however the Trustee requests the balance of schedules be filed no later than <u>March 25, 2011</u> as the §341 Meeting of Creditors is set for hearing April 4, 2011.

The Trustee further notes this is Debtor's *third* Chapter 13 bankruptcy filing since September 8, 2009 and the 2 prior cases were dismissed for failure to file schedules, statement and Chapter 13 Plan. Debtor should amend her Voluntary Petition to disclose the prior cases.

    1. 09-13457-LT13    Filed 9/8/09    Dismissed 10/1/09
    2. 10-02053-LT13    Filed 2/10/10    Dismissed 3/2/10
    3. 11-02723-LT13    Filed 2/22/11    Pending

Dated: March 7, 2011

Respectfully Submitted,

/s/ Jenny Judith Ha
Jenny Judith Ha, Staff Attorney for,
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

### CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action. My business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 530 B Street, Suite 1500, San Diego, CA 92101.

I served the following document described as: **TRUSTEE'S STATEMENT OF POSITION** on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

DEBTOR
Dana Lynn Kennedy
1534 Encino Drive
Escondido, CA 92025

I declare under penalty of perjury that the foregoing is true and correct.
Dated: March 7, 2011
    San Diego, CA                                    /s/ Jenny Judith Ha
                                                           Jenny Judith Ha