CSD 1099 [09/26/06]
Name, Address, Telephone No. & I.D. No.

Dana L. Kennedy
1835A S. Centre City Parkway
Unit # 101
Escondido, CA 92025

FILED
11 MAR -8 PM 12: 12
CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Dana L. Kennedy

BANKRUPTCY NO. 11-02723LT13

Debtor.

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented herewith are the original with the number of copies required by Local Bankruptcy Rule 1007-2(b) of the following [Check one or more boxes as appropriate]:

[ ] Summary of Schedules
[ ] Statistical Summary of Certain Liabilities and Related Data
[ ] Schedule A - Schedule of Real Property
[ ] Schedule B - Schedule of Personal Property
[ ] Schedule C - Schedule of Property Claimed Exempt
[ ] Schedule D - Creditors Holding Secured Claims
[ ] Schedule E - Creditors Holding Unsecured Priority Claims
[ ] Schedule F - Creditors Holding Unsecured Nonpriority Claims
[ ] Schedule G - Schedule of Executory Contracts & Unexpired Leases
[ ] Schedule H - Schedule of Co-Debtor
[ ] Schedule I - Current Income of Individual Debtor(s)
[ ] Schedule J - Current Expenditures of Individual Debtor(s)
[ ] Statement of Financial Affairs
[ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
[ ] Statement of Current Monthly Income (Form B22B)
[ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)
[✓] Chapter 13 Plan

**IF ADDITIONAL CREDITORS ARE ADDED AT THIS TIME, THE FOLLOWING ARE REQUIRED:**
1. Computer diskette containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, as required by Local Bankruptcy Rule 1007-4. See instructions on reverse side.

Dated: 3/7/11       Signed: _____
                                    Attorney for Debtor

I [We] _____ and _____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 attached hereto, consisting of _____ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated: sdafasdf 3/7/11
_____            _____
              Debtor                                          Joint Debtor

CSD 1099                                              REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1099 (Page 2) [09/26/06]

## INSTRUCTIONS

1. Local Form CSD 1101, *NOTICE TO CREDITORS OF THE ABOVE-NAMED DEBTOR ADDED BY AMENDMENT OR BALANCE OF SCHEDULES*, may be used to notify any added entity. When applicable, copies of the following notices shall accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2. If not filed previously and this is an ECF case, the *DECLARATION RE: ELECTRONIC FILING OF PETITION, SCHEDULES & STATEMENTS* (Local Form CSD 1801) must be filed in accordance with General Order #162.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __7__ day of __third month__, I served a true copy of the within BALANCE OF SCHEDULES AND/OR CHAPTER 13 PLAN by [describe here mode of service] __By mail__

on the following persons [set forth name and address of person served]: P

| | | |
|---|---|---|
| [ ] For Chpt. 7, 11, & 12 cases: | [✓] For ODD numbered Chapter 13 cases: | [ ] For EVEN numbered Chapter 13 cases: |
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

[ ] Chpt. 7 Trustee, if any:

[ ] If Chpt. 11, each member of any committee appointed:

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __3-7-11__
(Date)

__Dana Kennedy__   *Dana Kennedy*
(Typed Name and Signature)

__1835A S. Centre City Pkwy #101__
(Address)

__Escondido, CA 92025__
(City, State, ZIP Code)

CSD 1099