CSD 1174 [09/15/06]
Name, Address, Telephone No. & I.D. No.

Dana L. Kennedy
1835A S. Centre City Pkwy #101
Escondido, CA 92025

FILED

11 MAR 24 PM 1:56

CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Dana Lynn Kennedy

BANKRUPTCY NO. 11-02723-LT13

Debtor.

## REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13

To the Honorable Judges of the United States Bankruptcy Court:

The undersigned debtor hereby requests that the pending Chapter 13 case be dismissed without prejudice. In support of said request, debtor hereby represents:

[✓]   This Case first commenced by the filing of a voluntary Chapter 13.

[✓]   Debtor is unaware of any pending motion by a creditor or the Chapter 13 Trustee for conversion of the pending Chapter 13 case to a case under Chapter 7 or Chapter 11 of Title 11, United States Code.

[ ]   If checked, this case was filed by the filing of a joint petition and only one of the debtors is seeking dismissal of this case as it may apply to him or her, namely:_____.

Wherefore, Debtor(s) prays that the Chapter 13 case herein be dismissed without prejudice.

I further certify under penalty of perjury that on _____ day of _____, a true copy of this Request was served on the trustee indicated below:

[✓] THOMAS H. BILLINGSLEA, JR., TRUSTEE, 530 "B" Street, Suite 1500, San Diego, CA 92101
       (For ODD numbered Chapter 13 cases)

[ ] DAVID L. SKELTON, TRUSTEE, 600 "B" Street, Suite 2000, San Diego, CA 92101-4507
       (For EVEN numbered Chapter 13 cases)

Dated: 3-18-2011   _____          _____
                          Joint Debtor                                 Debtor

_____
Attorney for the Debtor

CSD 1174        SUBMIT WITH ORDER DISMISSING CHAPTER 13 CASE (CSD 1176)

IFMM 02723 Req