CSD 1489 [09/27/10]
Name, Address, Telephone No. & I.D. No.

Dana L. Kennedy
1835 A S. Centre City Pkwy #101
Escondido, CA 92025

Case # : 11-02723-LTR013
Debtor.: DANA LYNN KENNEDY
Judge..: LAURA TAYLOR
Trustee: THOMAS BILLINGSLEA
Chapter: R013

---

Filed   : April 07, 2011  14:36:16
Deputy  : JESUS DUNEGHY
Receipt: 213665
Amount  : $235.00

---

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Dana Lynn Kennedy

Debtor.

BANKRUPTCY NO. 11-02723-LT13

## MOTION TO REOPEN CASE

The [ ] Trustee  [X] Debtor  [ ] Party in Interest, _____,

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

[ ] To file the Financial Management Certificate and Official Form B23

[ ] To file a Certificate of Eligibility for Discharge (Spousal Support Certification - CSD 2120)

[ ] To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required

[ ] To file a Motion and Notice to avoid lien(s)

[X] To file an Adversary Proceeding

[ ] For other purpose as stated below *(specify)*:

Declarations as required by Local Bankruptcy Rule 9013-1 accompany this motion.

DATED: 4/7/11

_____
[Attorney for] Moving Party

2 page
JD
02723 mot

CSD 1489

Dana L Kennedy
1835 A S. Centre City Pkwy #101
Escondido, CA 92025

In RE

Dana Lynn Kennedy                    Bankruptcy N.
                                     11-02723-LT13

## Declaration

Dana Lynn Kennedy, hereby declares, that Aurora Loan Services and Bank of America are moving forward with illegal foreclosers and evictions.

Submitted,

Dana Kennedy
4-7-11