Official Form 20A
(12/03)

# United States Bankruptcy Court
Southern District Of California

In re:   Dana Lynn Kennedy

Case No.   11-02723

Address:   ~~1534 Encino Drive~~ 1835A S. Centre City Pkwy #101
Escondido, Ca 92025

Chapter   13

Last four digits of Social Security No: 9281

~~NOTICE OF~~ MOTION TO THE COURT to request Continuance of Automatic Stay

   The Debtor wishes to make a motion to the Court requesting a Continuance of the Automatic Stay due to the Debtor being in Honor at the time of her Debtor Requested Dismissal according to the Bankruptcy Code.  Please allow this extension of the Automatic Stay for me.

Date:   4-25-2011          Signature:   _Dana L. Kennedy_
                                        Dana L. Kennedy