[08/21/00]



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Dana Lynn Kennedy

Debtor.

BANKRUPTCY NO. 11-02723-LT-13

# ORDER REOPENING CASE

It appearing through inadvertence that the within estate was closed on 4/19/11, and

It further appearing that

additional administration of the estate is pending

and that the within case should be reopened, now and for good cause showing,

**IT IS ORDERED** that the estate of the above-named debtor be, and it is hereby reopened pursuant to Federal Rule of Bankruptcy Procedure 5010 for any action as may be deemed necessary.

//

//

//

DATED: May 01, 2011

Judge, United States Bankruptcy Court

cc: Debtor, Trustee, Attorney for Debtor

CSD 1490